C.C., V.M., L.R., and K.G.

*Plaintiffs*,

v.

WILDERNESS TRAINING &
CONSULTING, LLC (d/b/a FAMILY HELP
& WELLNESS); WTC HOLDCO, LLC;
SOLSTICE EAST, LLC; and JOHN DOE
ENTITIES 1-10,

*Defendants*.

Case No. 1:25-cv-00457-MOC-DCK

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs C.C., V.M., L.R., and K.G. (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully respond in opposition to Defendants Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness; WTC Holdco, LLC; Solstice East, LLC; and Trails Carolina, LLC's (collectively, "Defendants") Motion to Dismiss (Dkt. #21) and request that this Court deny the Motion in its entirety.

Plaintiffs' Complaint presents detailed, specific, and well-pleaded allegations that four vulnerable minor children were subjected to physical violence, illegal restraints, food deprivation, isolation, and hundreds of hours of coerced unpaid labor by a private equity-backed network of residential treatment facilities. These allegations, accepted as true and viewed in the light most favorable to Plaintiffs, plausibly state claims under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §§ 1581 et seq.; the Child Abuse Victims' Rights Act, 18 U.S.C. § 2255; and applicable North Carolina state law.

In support of this Response, Plaintiffs submit and incorporate by reference their contemporaneously filed Memorandum of Law in Opposition to Defendants' Motion to Dismiss, which addresses each ground raised by Defendants and demonstrates that the Complaint satisfies the pleading standards of Rule 12(b)(6) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

For these reasons, and for the reasons set forth in Plaintiffs' accompanying Memorandum of Law, Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss in its entirety and permit this case to proceed.

Respectfully submitted,

**GRIFFIN PURNELL LLC**
2037 Airline Road, Suite 200
Corpus Christi, Texas 78412
(361) 262-1776
(361) 356-4348 Fax
gareth@griffinpurnell.com
simon@griffinpurnell.com
Service email: support@griffinpurnell.com

By: /s/ Gareth S. Purnell
    Gareth S. Purnell (Admitted *Pro Hac Vice*)
    Simon B. Purnell (Admitted *Pro Hac Vice*)

and

Ruth A. Sheehan, NCSB 48069
Joel R. Rhine, NCSB 16028
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, North Carolina 28403
(910) 772-9960
(910) 772-9062 Fax
ras@rhinelawfirm.com
jrr@rhinelawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 23rd day of March, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of this electronic filing to all parties and or counsel of record in this action.

David L. Levy
Kristy M. D'Ambrosio
**GARDNER SKELTON, PLLC**
3746 N. Davidson Street
Charlotte, North Carolina 28205
dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com
*Attorneys for Defendants*
*Wilderness Training & Consulting,*
*LLC d/b/a Family Help & Wellness,*
*WTC Holdco, LLC, and*
*Solstice East, LLC and Trails Carolina, LLC*

       */s/ Gareth S. Purnell*
       Gareth S. Purnell