| | |
|---|---|
| C.C., V.M., L.R., and K.G.<br><br>Plaintiffs,<br><br>v.<br><br>WILDERNESS TRAINING & CONSULTING, LLC (d/b/a FAMILY HELP & WELLNESS); WTC HOLDCO, LLC; SOLSTICE EAST, LLC; TRAILS CAROLINA, LLC; and JOHN DOE ENTITIES 1-10,<br><br>Defendants. | **DEFENDANTS WILDERNESS TRAINING & CONSULTING, LLC, WTC HOLDCO, LLC, SOLSTICE EAST, LLC, AND TRAILS CAROLINA, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUBSEQUENTLY DECIDED SUPPLEMENTAL AUTHORITY** |

Defendants Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC, Solstice East, LLC, and Trails Carolina, LLC (collectively, "Defendants"), by and through undersigned counsel and pursuant to LCvR 7.1(j), respectfully submit this Response to Plaintiffs' Notice of Subsequently Decided Supplemental Authority, ECF No. 24.

Plaintiffs' notice relies on *Woodhouse v. Riverview Christian Academy et al.*, Case No. 5:26-cv-01885-MWC-SP (C.D. Cal. June 4, 2026). Notably, Plaintiffs' counsel in this action also represents the plaintiff in *Woodhouse*, which underscores that the notice simply repackages counsel's litigation position from another case rather than identifying any meaningful intervening authority. But *Woodhouse* does not alter the analysis here. It is an out-of-district trial-court order with no binding effect on this Court, and it arose on allegations materially different from those presented in Plaintiffs' Complaint.

In *Woodhouse*, the court relied on allegations that the plaintiff was compelled to perform unpaid labor for the defendants' separate for-profit commercial operations, including work

1

connected to the sale of Newfoundland dogs and Bengal cats, and to work rotating overnight shifts without compensation. Plaintiffs here allege no comparable facts. Because *Woodhouse* addressed a materially different factual record, it does not provide persuasive authority for extending Plaintiffs' claims beyond the pleading stage in this case. Accordingly, Plaintiffs' supplemental authority provides no basis to deny Defendants' motion.

For these reasons, Plaintiffs' Notice of Subsequently Decided Supplemental Authority does not affect the issues presented by Defendants' Motion to Dismiss and provides no basis for denying that motion.

This the 8th day of June, 2026.

**GARDNER SKELTON, PLLC**

/s/ Kristy M. D'Ambrosio
David L. Levy (NC State Bar No. 34060)
Kristy M. D'Ambrosio (NC State Bar No. 52817)
Gardner Skelton, PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Email: dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com
*Attorneys for Defendants Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness; WTC Holdco, LLC; Solstice East, LLC and Trails Carolina, LLC*

2

**CERTIFICATE OF SERVICE**

I certify that the foregoing **DEFENDANTS WILDERNESS TRAINING & CONSULTING, LLC, WTC HOLDCO, LLC, SOLSTICE EAST, LLC, AND TRAILS CAROLINA, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUBSEQUENTLY DECIDED SUPPLEMENTAL AUTHORITY** has on this date been served upon counsel in this matter via this Court's CM/ECF system.

This the 8th day of June, 2026.

**GARDNER SKELTON, PLLC**

/s/ Kristy M. D'Ambrosio
David L. Levy (NC State Bar No. 34060)
Kristy M. D'Ambrosio (NC State Bar No. 52817)
Gardner Skelton, PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Email: dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com
*Attorneys for Defendants Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness; WTC Holdco, LLC; Solstice East, LLC and Trails Carolina, LLC*

3